IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KARLA WILLIAMS**                                                                **PLAINTIFF**

V.                                              4:11CV00237JMM

**LIMITED BRANDS STORE**
**OPERATIONS, INC. AND**
**VICTORIA'S SECRET STORES, LLC**                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Application to Proceed In Forma Pauperis. The application is incomplete because Plaintiff has failed to state the amount of her salary, wages, and/or unemployment benefits per month. Plaintiff is ordered to re-file a completed application stating the amount of salary, wages, and/or unemployment benefits per month by March 29, 2011. Failure to re-file a completed application will result in the denial of in forma pauperis status. The Clerk is directed to send Plaintiff a new application for in forma pauperis status along with this Order.

IT IS SO ORDERED this 15th day of March, 2011.

James M. Moody
United States District Judge